**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 10-CV-271-PB |
| v. | ) | |
| | ) | |
| Twelve Thousand Five Hundred Fifty-Four | ) | |
| ($12,554.00) Dollars in United States Currency, | ) | |
| more or less, seized from Angel Andino; et al. | ) | |
| | ) | |
| Defendants-in-rem. | ) | |
| _____ | ) | |

**ORDER DISMISSING DEFENDANTS-IN-REM 6, 7 AND 8**

Pursuant to a Stipulated Settlement Agreement entered into by the United States of

America and Nancy Andino filed with this Court on February 23, 2011, the United States has

moved to dismiss (6) One 14k white and yellow gold, Ladies Diamond Bracelet, weighing 24.78

grams, with approximately 2.80 total carat diamond weight; (7) One Sapphire Fashion Ring,

platinum setting, weighing 7.32 grams, with approximately 2.00 total carat sapphire weight; and

(8) Two 14k yellow gold Ladies Diamond Stud Earrings, weighing .80 grams, with

approximately .66 total carat combined diamond weight.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

(A)     That the defendants-in-rem (6) One 14k white and yellow gold, Ladies Diamond

Bracelet, weighing 24.78 grams, with approximately 2.80 total carat diamond weight; (7) One

Sapphire Fashion Ring, platinum setting, weighing 7.32 grams, with approximately 2.00 total

carat sapphire weight; and (8) Two 14k yellow gold Ladies Diamond Stud Earrings, weighing

.80 grams, with approximately .66 total carat combined diamond weight, are hereby dismissed

from this proceeding.

(B)      That the parties shall bear their own costs and expenses of this proceeding, including attorney's fees, if any.

(C)      That Nancy Andino is forever barred from asserting any claims or demands, in law or equity, against the United States, its agents, employees or assigns, including but not limited to the United States Marshals Service, the Drug Enforcement Administration, the Manchester Police Department, any other state or local law enforcement department, and any of their agents, employees or assigns, in connection with, or arising out of this forfeiture action against the referenced defendants-in-rem.

The Clerk is hereby directed to send two certified copies of this order to the United States Marshals Service, a copy to the United States Attorney's Office, Attention:  Assistant U.S. Attorney Aixa Maldonado-Quiñones, and to Lisa Rick, Esquire, counsel for Nancy Andino.


Dated: February 24, 2011            /s/ Paul Barbadoro
                                    UNITED STATES DISTRICT JUDGE




  cc:   Counsel of Record
        US Marshal